## DEMOREST *v.* EASTMAN *& a.*

No action can be maintained to recover the price of goods which the vendee has been induced to purchase through the fraudulent represent-ations of the plaintiff, if the vendee, upon discovery of the fraud, seasonably offers to return them.

ASSUMPSIT, to recover for goods sold. Facts found by the court. The defendants, by means of the false representations of the plaintiff's agent, of which she had knowledge and subsequently ratified, were induced to purchase the goods in question. Subse-quently, upon discovery of the fraud, they seasonably notified the plaintiff that they rescinded the contract of sale, and offered to re-turn the goods, and afterwards kept them, subject to the plaintiff's order.

*Hobbs* and *Fife*, for the plaintiff.

*Pitman* and *Smith*, for the defendants.

STANLEY, J. The defendants had the right to rescind, and having notified the plaintiff to that effect, and offered to return the goods, no action can now be maintained against them to re-cover the price.

*Exception overruled.*

FOSTER, J., did not sit: the others concurred.